IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TAMALPAIS BANCORP,<br><br>      Debtor.<br>_____ / | Chapter 7<br>Bankruptcy Case No. 10-13707 AJ |
| GREEN,<br><br>      Plaintiff,<br><br>  v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>      Defendant.<br>_____ / | No. C 11-00076 JSW<br>(Adv. Pro. No. 10-1168)<br><br>**ORDER VACATING HEARING** |

    Defendant's motion to withdraw the reference is set for hearing on March 11, 2011. The matter is now fully briefed and ripe for consideration. Pursuant to Civil Local Rule 16-4 and Bankruptcy Local Rule 5011(d), the Court determines that the matter is appropriate for disposition without oral argument. Accordingly the hearing set for March 11, 2011 is hereby VACATED.

    **IT IS SO ORDERED.**

Dated: March 7, 2011

                                                  JEFFREY S. WHITE<br>                                                  UNITED STATES DISTRICT JUDGE